**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00331-CR
No. 05-14-00332-CR
No. 05-14-00333-CR
No. 05-14-00334-CR

**NEKO EARSY BOYKIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-12601-J, F13-58095-J, F13-58096-J, F13-58097-J**

## ORDER

The Court **REINSTATES** the appeals.

On January 12, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing the brief is her workload; and (4) Ms. Hendrickson requested thirty days from the February 10, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **MARCH 13, 2015**. We note the brief was originally due September 25, 2014, and appellant has already been granted one thirty-day extension of time to file the brief. It is now four months overdue. Accordingly, no further extensions will be granted. If the brief is not the date specified, the Court will utilize the available remedies, which may include order that Nanette Hendrickson be removed as counsel and that new counsel be appointed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3, and to counsel for all parties.

/s/ ADA BROWN
JUSTICE